**ALANNA D. COOPERSMITH, SBN 248447**
Attorney at Law,
717 Washington Street
Oakland, California 94607
T-(510) 628-0596
F-(866) 365-9759
alanna@eastbaydefense.com

Attorney for Defendant,
Gustabo Ramos

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, | NO. 21-CR-00284 JD |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF STATUS HEARING AND EXCLUSION OF TIME** |
| vs. |  |
| **GUSTABO RAMOS**, |  |
| Defendant. |  |

Defendant Gustabo Ramos, by and through his counsel, Alanna Coopersmith, and the Government, by and through Assistant United States Attorney, Yoosun Koh, stipulate and agree as follows:

A status hearing is scheduled for August 23, 2021.  The government has produced extensive discovery to the defense on a rolling basis, which defense counsel is continuing to review, analyze, and to discuss with her client.  Both parties are awaiting laboratory testing of a substance in question.  Defendant is in a Covid quarantine, hindering defense counsel's ability to meet with her client either in person or by video.

The parties stipulate to a continuance of the status hearing to October 4, 2021 and agree that the period of time from August 23, 2021 through October 4, 2021 should be excluded under the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for the purpose of effective preparation of counsel, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

21-CR-00284 JD Stip. & Order to Continue

1

**IT IS SO STIPULATED.**

2

3  DATED: August 20, 2021                    Respectfully submitted,

4
                                             STEPHANIE HINDS
5                                            Acting United States Attorney

6

7                                            _____/s/_____

8                                            YOOSUN KOH
                                             Assistant United States Attorney
9

10
   DATED: August 20, 2021
11                                           _____/s/_____

12                                           ALANNA COOPERSMITH
                                             Attorney for Defendant,
13                                           GUSTABO RAMOS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

## **ORDER**

Based on the foregoing stipulation of the parties and for good cause shown, it is hereby
ORDERED that the status hearing set for August 23, 2021 shall be continued to October 4, 2021.
Exclusion of time is necessary to allow defendant and his counsel reasonable time necessary for
effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §
3161(h)(7)(B)(iv).  The Court finds that the ends of justice to be served by excluding this time
from computation under the Speedy Trial Act outweigh the best interests of the public and the
defendant in a speedy trial.

**IT IS SO ORDERED.** DATED:  _August 20, 2021

_____
HON. JAMES DONATO
United States District Court Judge

-3-

21-CR-00284 JD Stip. & Order to Continue