**ALANNA D. COOPERSMITH, SBN 248447**
Attorney at Law,
717 Washington Street
Oakland, California 94607
T-(510) 628-0596
F-(866) 365-9759
alanna@eastbaydefense.com

Attorney for Defendant,
Gustabo Ramos

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **GUSTABO RAMOS**, <br><br> Defendant. | NO. 21-CR-00284 JD <br><br> **STIPULATION AND  ORDER FOR CONTINUANCE OF CHANGE OF PLEA HEARING AND EXCLUSION OF TIME** |

Defendant Gustabo Ramos, by and through his counsel, Alanna Coopersmith, and the Government, by and through Assistant United States Attorney, Yoosun Koh, stipulate and agree as follows:

A change of plea hearing is scheduled for 10:30am on October 4, 2021.  However, the U.S. Marshals Service has advised the court that they cannot transport the defendant to court because he is in a quarantine on account of the Covid-19 pandemic.  The parties request to continue the change of plea hearing to October 18, 2021 and stipulate that good cause exists to exclude time under the Speedy Trial Act from October 4 through October 18, 2021 due to the defendant's unavailability.  *See* 18 U.S.C. § 1361(h)(3)(A).

**IT IS SO STIPULATED.**

DATED:   October 4, 2021

Respectfully submitted,

STEPHANIE HINDS
Acting United States Attorney

_____/s/_____
YOOSUN KOH
Assistant United States Attorney

DATED:   October 4, 2021

_____/s/_____
ALANNA COOPERSMITH
Attorney for Defendant,
GUSTABO RAMOS

## ORDER

On the basis of the foregoing stipulation of the parties and for good cause shown, it is hereby ORDERED that the change of plea hearing set for October 4, 2021 shall be continued to October 18, 2021.  It is further ORDERED that the time period from October 4, 2021 through October 18, 2021 shall be excluded from the calculation of the deadline for trial under the Speedy Trial Act due the unavailability of the defendant pursuant to 18 U.S.C. § 1361(h)(3)(A).

IT IS SO ORDERED. DATED:  October 5, 2021

_____
HON. JAMES DONATO
United States District Court Judge

21-CR-00284 JD Stip. & Order to Continue