1  **ALANNA D. COOPERSMITH, SBN 248447**
   Attorney at Law,
2  717 Washington Street
   Oakland, California 94607
3  T-(510) 628-0596
   F-(866) 365-9759
4  alanna@eastbaydefense.com

5  Attorney for Defendant,
   Gustabo Ramos

6

7  UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
   SAN FRANCISCO DIVISION

8

| | |
|---|---|
| 9  **UNITED STATES OF AMERICA**, | NO. 21-CR-00284 JD |
| 10         Plaintiff, | |
| 11         vs. | **STIPULATION AND ORDER FOR CONTINUANCE OF CHANGE OF PLEA HEARING AND EXCLUSION OF TIME** |
| 12 | |
| 13  **GUSTABO RAMOS**, | |
| 14         Defendant. | |

15

16     Defendant Gustabo Ramos, by and through his counsel, Alanna Coopersmith, and the

17  Government, by and through Assistant United States Attorney, Yoosun Koh, stipulate and agree

18  as follows:

19     A change of plea hearing is scheduled for 10:30am on October 18, 2021.  However, the

20  U.S. Marshals Service has advised the court that they cannot transport the defendant to court

21  because he is in a quarantine on account of the Covid-19 pandemic.  The parties request to

22  continue the change of plea hearing to November 15, 2021 and stipulate that good cause exists to

23  exclude time under the Speedy Trial Act from October 18 through November 15, 2021 due to the

24  defendant's unavailability.  *See* 18 U.S.C. § 1361(h)(3)(A).

25     **IT IS SO STIPULATED.**

26

27

28

DATED: 10/18/2021

Respectfully submitted,

STEPHANIE HINDS
Acting United States Attorney

_____/s/_____
YOOSUN KOH
Assistant United States Attorney

DATED: 10/18/2021

_____/s/_____
ALANNA COOPERSMITH
Attorney for Defendant,
GUSTABO RAMOS

## ORDER

On the basis of the foregoing stipulation of the parties and for good cause shown, it is hereby ORDERED that the change of plea hearing set for October 18, 2021 shall be continued to November 15, 2021.  It is further ORDERED that the time period from October 18, 2021 through November 15, 2021 shall be excluded from the calculation of the deadline for trial under the Speedy Trial Act due the unavailability of the defendant pursuant to 18 U.S.C. § 1361(h)(3)(A).

**IT IS SO ORDERED.** DATED:  10/20/2021

_____
HON. JAMES DONATO
United States District Court Judge