**ALANNA D. COOPERSMITH, SBN 248447**
Attorney at Law,
717 Washington Street
Oakland, California 94607
T-(510) 628-0596
F-(866) 365-9759
alanna@eastbaydefense.com

Attorney for Defendant,
Gustabo Ramos

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | NO. 21-CR-00284 JD |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING HEARING** |
| vs. | |
| **GUSTABO RAMOS**, | |
| Defendant. | |

Defendant Gustabo Ramos, by and through his counsel, Alanna Coopersmith, and the Government, by and through Assistant United States Attorney, Yoosun Koh, stipulate and agree as follows:

The sentencing hearing has been scheduled for February 28, 2022.

Probation Officer Ashley Polk has just been assigned to the matter.

The defendant is unable to meet with his attorney or probation due to a Covid quarantine at the jail.

Therefore, the parties stipulate and request that the sentencing hearing be continued from February 28, 2022 to April 11, 2022.  Counsel has spoken with Probation Officer Polk who concurs with the continuance.

**IT IS SO STIPULATED.**

DATED: 1/12/2022　　　　　　　　　　　　　　Respectfully submitted,

STEPHANIE HINDS
Acting United States Attorney

　　　　　　　　　　　　　　/s/
YOOSUN KOH
Assistant United States Attorney

DATED: 1/12/2022

　　　　　　　　　　　　　　/s/
ALANNA COOPERSMITH
Attorney for Defendant,
GUSTABO RAMOS

## ORDER

On the basis of the foregoing stipulation of the parties and for good cause shown, it is ORDERED that the sentencing hearing be continued from February 28, 2022 to April 11, 2022.

**IT IS SO ORDERED.** DATED: 1/14/2022

HON. JAMES DONATO
United States District Court Judge